UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SERGEY SPITSYN,

    Plaintiff,

v.

RICHARD MORGAN, et al.,

    Defendant.

Case No. C04-5134FDB

ORDER

    Plaintiff purports to file a motion for a restraining order in this prisoner petition, which is presently on appeal. This Court no longer has jurisdiction over this cause of action. The Clerk is directed not to file this motion for a restraining order or any further documents in this case while the appeal is pending and this Court lacks jurisdiction. SO ORDERED.

    DATED this 28th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1