1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SERGEI SPITSYN,

                    Plaintiff,

        v.

RICHARD MORGAN, *et al*,

                    Defendants.

Case No.  C06-5134 FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION
DENYING APPLICATION TO
PROCEED *IN FORMA
PAUPERIS*

        The Court, having reviewed the Report and Recommendation, plaintiff's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

        (1)     The Magistrate Judge's Report and Recommendation is approved and adopted;

        (2)     Plaintiff's application to proceed *in forma pauperis* is DENIED; and

        (3)     The Clerk is directed to send directed to send a copy of this Order to petitioner.

        DATED this 14th  day of June, 2006.

                                        _____
                                        FRANKLIN D. BURGESS
                                        UNITED STATES DISTRICT JUDGE

ORDER
Page - 1