UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SERGEY SPITSYN,

                Plaintiff,

    v.

RICHARD MORGAN, *et al*,

                Defendants.

Case No. C04-5134FDB-KLS

ORDER REGARDING PLAINTIFF'S MOTION INQUIRING REGARDING PROCEEDINGS

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's motion inquiring regarding proceedings. (Dkt. #86). After reviewing plaintiff's motion and the balance of the record, the Court finds and orders as follows:

In his motion, plaintiff makes two inquiries of the Court. First, he inquires regarding the process for serving the summons and his second amended complaint in this matter. However, neither the Clerk nor the Court may provide plaintiff with legal advice or with advice on how to proceed with his cause of action, including the proper method for completion of service. To the extent the Court is able to provide plaintiff with any guidance on this issue, he should look to the federal and local rules of civil procedure, Federal Rule of Civil Procedure 4 in particular.

Second, because he will be effecting service of the summons and second amended complaint himself, plaintiff requests that the nine extra copies of the summons and that complaint be returned to him.

1  The Clerk hereby is directed to return all such extra copies of the summons and second amended complaint
2  in the Clerk's possession to plaintiff. To that extent only, therefore, is plaintiff's motion inquiring
3  regarding proceedings (Dkt. #86) hereby GRANTED.
4      The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.
5      DATED this 22nd day of June, 2006.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2