1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10   SERGEY SPITSYN,

11            Plaintiff,

12        v.                                    Case No. C04-5134 FDB

13   RICHARD MORGAN, *et al*,,                  ORDER ADOPTING REPORTS AND
                                                RECOMMENDATIONS DENYING
14            Defendants.                       MOTION FOR INJUNCTION AND
                                                MOTION FOR FURLOUGH
15
          This matter comes before the Court on the Reports and Recommendations of the Magistrate
16
     Judge [Dkt. #109 and #110] that Plaintiff's motions for furlough and injunction be denied.  Plaintiff
17
     has filed objections thereto.  As detailed by the Magistrate Judge, Plaintiff has not shown he lacks the
18
     resources to properly effect service through the use of a process server or other non-party.  It also
19
     appears that Defendants are prepared to waive service.  Accordingly, Plaintiff's motion for furlough
20
     in order to effect service is unwarranted.  Plaintiff's objections do not convince this Court otherwise.
21
     Addressing the *ex parte* motion for injunctive relief, the Magistrate Judge notes that Plaintiff is
22
     seeking permanent injunctive relief which may not be obtained *ex parte* without proper service on
23
     defendants.  Further, Plaintiff seeks relief against a non-party to this action of which this Court lacks
24
     jurisdiction.  Finally, Plaintiff has failed to show that there is a likelihood of success on the merits of
25

26   ORDER - 1

1    his claim.  Plaintiff's objections do not convince the Court otherwise.

2           The Court, having reviewed the Reports and Recommendations of Magistrate Judge Karen

3    L. Strombom, objections to the Reports and Recommendations, and the remaining record, does

4    hereby find and Order:

5           (1)    The Court adopts the Reports and Recommendations;

6           (2)    The motion for furlough [Dkt. #99] is **DENIED**;

7           (3)    The motion for *ex parte* injunctive relief [Dkt. #101] is **DENIED**;

8           (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants

9                  and to the Hon. Karen L. Strombom.

10          DATED this 20th day of September, 2006.

11

12

13                                              _____
                                                FRANKLIN D. BURGESS
14                                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 2