1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SERGEY SPITSYN,

                              Plaintiff,

            v.

RICHARD MORGAN, *et al*,

                              Defendants.

Case No.  C04-5134FDB-KLS

ORDER REGARDING SERVICE
OF PLAINTIFF'S SECOND
AMENDED COMPLAINT

        This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. §

636(b)(1),  Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure.

The case is before the Court on the filing of plaintiff's second amended complaint (Dkt. #79) and of

defendants' answer (Dkt. #96).   After reviewing plaintiff's second amended complaint, defendants' answer

thereto, and the remaining record, the Court finds and orders as follows:

        On May 10, 2006, plaintiff filed his second amended complaint.  In that complaint, plaintiff names

the following defendants, each of whom were defendants named in plaintiff's original complaint (Dkt. #1)

as well: Richard Morgan, Al Scamahorn, Joseph Lehman, and Marge Littrell.  Plaintiff also names in his

second amended complaint, the following new additional defendants: Steve Fleenor, D. Snively, Captain

Munden, Sheldon Weaver, and William Bermay.  On June 29, 2006, a service of summons and complaint

was filed with the Court, indicating that service via certified mail had been effected on all of the above

named defendants. (Dkt. #95).

On July 13, 2006, the Court received a letter from counsel for defendants Morgan, Scamahorn, Lehman and Littrell, dated July 12, 2006, to plaintiff, informing him that while service via certified mail was proper on them pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4, it was not proper with respect to the new additional defendants. (Dkt. #97). Defendant's counsel, however, proposed that plaintiff's attempted service be treated as a request for waiver of service. He further stated that he then would enter a notice of appearance for those defendants, which would give them sixty days to respond to the summons and complaint as indicated therein. Finally, defendant's counsel asked plaintiff to let him know if this plan would work for him.

The next day, July 14, 2006, the attorney for defendants Morgan, Scamahorn, Lehman, and Littrell filed an answer to plaintiff's second amended complaint on their behalf. (Dkt. #96). Defendant's counsel stated in that answer that "[t]he remaining Defendants listed in the Amended Complaint have not yet been served and therefore are not represented by counsel at this time," and that "[t]hey will supplement their answer when service is effected." Id. at p. 1.

On July 20, 2006, the Court received a letter from plaintiff addressed to defendant's counsel, dated July 18, 2006, in which plaintiff states that he accepted the above proposal with respect to service of the new additional defendants. (Dkt. #98). In plaintiff's motion for furlough, which was filed on July 26, 2006 (Dkt. #99), and which the Court denied on September 21, 2006 (Dkt. #109 and #114), plaintiff states that defendant's counsel had not informed him as to whether he would be representing the new additional defendants and "treat the summons and the complaint as proposed." Id. at p. 2.

Given the above procedural history, it is unclear at this point whether counsel for defendants Morgan, Scamahorn, Lehman, and Littrell has been requested to represent the new additional defendants named by plaintiff in his second amended complaint, and whether those defendants will treat plaintiff's attempted service on them as a waiver of service as set forth in his July 12, 2006 letter. Accordingly, the Court hereby directs counsel for defendants Morgan, Scamahorn, Lehman, and Littrell to inform the Court by **no later than November 24, 2006**, of the following: (1) whether he will be representing the new additional defendants in this case; (2) if so, when a notice of appearance will be filed regarding such representation; and (3) whether those defendants will treat plaintiff's prior attempted service as indicated in his July 12, 2006 letter.

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

DATED this 24th day of October, 2006.

Karen L. Strombom
United States Magistrate Judge