1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SERGEY SPITSYN,

                    Plaintiff,

        v.

RICHARD MORGAN, *et al*,

                    Defendants.

CASE NO.      C04-5134FDB-KLS

ORDER GRANTING
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT,
ADOPTING THE R&R, and
DISMISSING THIS CAUSE OF
ACTION

        The Court, having reviewed defendants' motion for summary judgment (Dkt. 180), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

        (1)     The Court adopts the Report and Recommendation;

        (2)     Defendants' motion for summary judgment is GRANTED;

        (3)     Plaintiff's complaint (Dkt. #79) is DISMISSED; and

        (4)     The Clerk is directed to send copies of this Order to plaintiff, defendants' counsel and

                Magistrate Judge Karen L. Strombom.

        DATED this 14th day of March 2008.

                                    _____
                                    FRANKLIN D. BURGESS
                                    UNITED STATES DISTRICT JUDGE

ORDER
Page - 1