# United States District Court

WESTERN DISTRICT OF WASHINGTON

SERGEY SPITSYN             JUDGMENT IN A CIVIL CASE

v.

RICHARD MORGAN, et al.             CASE NUMBER: C04-5134FDB

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendants' motion for summary judgment is GRANTED.

3. Plaintiff's complaint (Doc. #79) is DISMISSED.

March 14, 2008             BRUCE RIFKIN
                                                       Clerk

                                                             s/ D. Forbes
                                                           By, Deputy Clerk